# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| **CHRISTOPHER WOODARD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **Case No. 3:20-cv-00148** |
| **CITY OF MURFREESBORO,** | ) | **Judge Aleta A. Trauger** |
| **CITY MANAGER CRAIG TINDALL, in** | ) | |
| **his official capacity and individually,** | ) | |
| **CHIEF OF POLICE MICHAEL** | ) | |
| **BOWEN, in his official capacity and** | ) | |
| **individually, and SGT. MARJA** | ) | |
| **ATCHLEY, in her official capacity and** | ) | |
| **individual,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum, the Motions to Dismiss filed on behalf of defendant Marja Atchley in her individual capacity (Doc. No. 25) and on behalf of the City of Murfreesboro, City Manager Craig Tindall in both his official and individual capacities, Chief of Police Michael Bowen in his official and individual capacities, and Atchley in her official capacity (Doc. No. 30) are **GRANTED**. The Complaint is **DISMISSED WITH PREJUDICE**. All other pending motions, including the plaintiff's Motion for a Preliminary Injunction (Doc. No. 18), are **DENIED AS MOOT**.

This is the final Order in this action, from which judgment may issue. Fed. R. Civ. P. 58.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge